**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

MOTION INFORMATION FORM

02-CV-938
Hon. Goettel

FILED
2004 DEC -6  P 2: 46
U.S. DISTRICT COURT
NEW HAVEN, CT

Meach

v.

USA

Docket No. 02-2501

Movant:

    Michael G. Moore, Esq.
    Law Office of
    Michael G. Moore, Esq.
    107 Oak St.
    Hartford, CT  06106

(FILED OCT 17 2002 — UNITED STATES COURT OF APPEALS SECOND CIRCUIT, Roseann B. MacKechnie, CLERK)

|  | Yes | No |
|---|---|---|
| Consent sought from adversary(ies)? | / / | / / |
| Consent obtained from adversary(ies)? | / / | / / |
| Is oral argument desired? | / / | / / |

ORDER

IT IS HEREBY ORDERED that the motion to withdraw the appeal be and it hereby is granted, ~~denied~~.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by
Arthur M. Heller, Administrative Attorney

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
Joseph M. Rodriguez

_ISSUED AS MANDATE:   NOV 24 2004 —